UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                    Case No.  2:15-mj-135

**Mohamed Mobarak**

---

COURTROOM   MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | March 5, 2015 at 1:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | David Bosley<br>Peter Glenn-Applegate |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | S. Michael Miller<br>David Thomas |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Shelly Singleterry |

Preliminary and Detention Hearing

-Parties motion Court to continue the hearing; Motion Granted
-Government motions Court to unseal case; Motion Granted
-Hearing continued to March 12, 2015 at 2:30 PM
-Dft remanded